UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAMAAL SINCLAIR,
a/k/a "Diggz,"

Defendant.

**UNSEALING ORDER**

26 Cr. 364

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorney Christopher Morel;

It is found that the Information in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Information unsealed, and it is therefore:

ORDERED that the Information in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: White Plains, New York
August 20, 2026

Judith C. McCarthy

HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK