UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

**MEMORANDUM**

-against-

26 Cr. 364 (KMK)

JAMAAL SINCLAIR,

Defendant.

------------------------------------------------------------x

TO: Kenneth M. Karas, United States District Judge:

Please find attached a transcript of the August 19, 2026 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: September 23, 2026
White Plains, New York

Respectfully Submitted,

JUDITH C. McCARTHY
United States Magistrate Judge